**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**JOHN ROBERT HILL and**
**AVEIS DARRYL HARRIS-BURTON**

Plaintiffs,

Hon. Brandy McMillion
Case No. 26-11303

v.

**CITY OF DETROIT,**
**LATIFA ALASAD-CRAIG, WILLIAM VINTIVOGEL,**
**CAMERON BURKS, BRANDON BYAS,**
**JEFFREY GOINS, RYAN POLKAKOWSKI,**
**and JOHN MACKENZIE,**

Defendants.
____________________________________________/

**EDWARD MARTELL (P-85051)**
**MOHAMMED NASSER (P-74485)**
Attorney for Plaintiff
290 Town Center Dr., Ste. 322
Dearborn, MI 48126
(313) 633-1436
em@mrnotguilty.law
mn@mrnotguilty.law

**CALVERT BAILEY (P-42409)**
**ALFRED ASHU (P-82536)**
Attorney for Defendants
2 Woodward Ave., Ste. 500
Detroit, MI 48226
(313) 237-3004
bailc@detroitmi.gov
____________________________________________/

**<u>ANSWER TO COMPLAINT AS TO CITY OF DETROIT ONLY</u>**

For answer to the Complaint in the above-entitled cause, Defendant CITY OF DETROIT, a Municipal Corporation, only by and through the undersigned attorney says as follows:

**FIRST DEFENSE**

The Plaintiff has not stated against this Defendant a claim upon which relief can be granted.

**SECOND DEFENSE**

Any injury suffered by Plaintiff was proximately caused by his own wrongdoing.

**THIRD DEFENSE**

The arrest, if any, of Plaintiff was supported by probable or reasonable cause.

**FOURTH DEFENSE**

Defendant, City of Detroit, as a matter of law, is not vicariously liable for the alleged intentional torts of its employees.

**FIFTH DEFENSE**

So far as this Defendant can determine, any injury suffered by the Plaintiff was proximately caused by his own negligence and other wrongdoing.

**SIXTH DEFENSE**

The force, if any, used by any individual Defendant was reasonable and necessary in effecting a lawful arrest or in performing other lawful police duties.

**SEVENTH DEFENSE**

The City of Detroit was engaged in a governmental function; namely, law enforcement; this defendant did not act so recklessly as to demonstrate a substantial lack of concern for whether an injury would result; and its conduct was not the proximate cause of the injury, or damage if any. immune from liability on the Plaintiff's federal law claims.

**EIGHT DEFENSE**

At all relevant times, this defendant acted with objective good faith and therefore is immune from liability on the plaintiff's federal law claims.

**NINETH DEFENSE**

Defendant City of Detroit is protected on the plaintiff's state law claims by governmental immunity. MCLA 691.1401 et seq.

**TENTH DEFENSE**

This Defendant lacks information or knowledge sufficient to form a belief as to the truth of the allegations of Paragraphs 3, 4, and 8 of the Complaint, therefore, neither admits nor denies those allegations but leave Plaintiffs to their proofs. Paragraph 5 in the Jurisdiction and Venue section is admitted. Paragraphs 2, 3, 6, 8, 9, 10, 11, 12, 13, 18, 19, 20, 21, 22, 23, 26, 27, 28, 29, 32, 33, 34, 35, 43, 44, 45,

and 47 are inapplicable to this defendant. Defendant need not respond to the legal conclusions in paragraphs 1, 4, 6, in the Introduction section, 1, 2, 14 17, 25, 31, 37, 40 and 46. All other allegations of the Complaint including 5 in the introduction section, 7, 15, 38, 39, and 41,but not exclusive are denied insofar as they apply to this Defendant, at least to the extent they are untrue.

## RESERVATION OF ADDITIONAL DEFENSES

This Defendant reserves the right to plead such additional defenses as may become known through research, investigation, discovery, or otherwise.

## DEMAND FOR COMPULSORY JOINDER OF CLAIMS

This Defendant demands that the Plaintiffs join in this action every claim that he might have against any Defendant arising out of the subject matter of this action and not requiring for its adjudication the presence of third parties over whom the court cannot acquire jurisdiction.

**WHEREFORE**, Defendant respectfully demands dismissal of the Plaintiffs' claims or a judgment of no cause of action on those claims, as well as an award of attorney fees and costs against Plaintiffs.

Respectfully submitted,

s/Calvert Bailey________________

**CALVERT BAILEY (P-42409)**
Attorney for Defendant City
2 Woodward Ave., Ste. 500
Detroit, MI 48226

(313) 237-3004
bailc@detroitmi.gov

Dated: April 30, 2026