**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

---

**JOHN ROBERT HILL,**
**AVEIS DARRYL HARRIS-BURTON,**

***Plaintiffs,***

**CASE NO. 2:26-cv-11303**
**HON. BRANDY R. MCMILLAN**

**v.**

**CITY OF DETROIT,**
**LATIFA ALASAD-CRAIG,**
**WILLIAM VINTIVOGEL,**
**CAMERON BURKS,**
**BRANDON BYAS,**
**JEFFREY GOINS,**
**RYAN POLKAKOWSKI,**
**JOHN MACKENZIE,**

***Defendants.***

---

**APPEARANCE**

**NOW COMES**, Muthu Veerappan of Not Guilty Law, PLLC, and hereby enters appearance as counsel for Plaintiffs.

Respectfully Submitted,

***/s/: Muthu Veerappan***
MUTHU VEERAPPAN (P86437)
*Attorney for Plaintiffs*
Not Guilty Law, PLLC

290 Town Center Drive, Suite 322
Dearborn, Michigan 48126
mv@mrnotguilty.law
(313) 633-1436

Dated: May 11, 2026