**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**

---

**JOHN ROBERT HILL,**
**AVEIS DARRYL HARRIS-BURTON,**

***Plaintiffs,***

**CASE NO. 2:26-cv-11303**
**HON. BRANDY R. MCMILLAN**

**v.**

**CITY OF DETROIT,**
**LATIFA ALASAD-CRAIG,**
**WILLIAM VINTIVOGEL,**
**CAMERON BURKS,**
**BRANDON BYAS,**
**JEFFREY GOINS,**
**RYAN POLKAKOWSKI,**
**JOHN MACKENZIE,**

***Defendants.***

---

**PROOF OF SERVICE OF SUMMONS AND COMPLAINT**

The summons and complaint were served on Defendants LATIFA ALASAD-CRAIG and JOHN MACKENZIE by U.S. Postal Service Certified Mail. The Signed return receipt, PS Form 3811 ("green card"), Exhibit A, is attached as proof of service on named defendants.

Respectfully Submitted,

***/s/: Muthu Veerappan***

MUTHU VEERAPPAN (P86437)
*Attorney for Plaintiffs*
Not Guilty Law, PLLC
290 Town Center Drive, Suite 322
Dearborn, Michigan 48126
mv@mrnotguilty.law
(313) 633-1436

Dated: May 11, 2026

# EXHIBIT A

Document received by the MI Wayne 3rd Circuit Court.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Detroit Law Dept
2. Woodward Ave
Suite 500
Detroit. MI 48226

9590 9402 0094 6058 0149 59

2. Article Number (Transfer from service label)

9589 0710 5270 3442 4791 89

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X 7 APR 2026 PM ☐ Agent ☐ Addressee

B. Received by (Printed Name) KB

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☒ No

Delivered To * 2 * Woodward 48226 City County Building

DELIVERED APR 07 2026

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☒ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Detroit Law Dept
2 Woodward Ave
Suite 500
Detroit, MI 48226

9590 9402 0094 6058 0149 42

2. Article Number (Transfer from service label)

9589 0710 5270 3442 4791 96

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X ☐ Agent ☐ Addressee

B. Received by (Printed Name) KB

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Delivered To * 2 * Woodward 48226 City County Building

DELIVERED APR 07 2026

DELIVERED APR 2026

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- Mail Restricted Delivery (over $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery