**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOHN ROBERT HILL and
AVEIS DARRYL RODGERS-BURTON

Plaintiff,

v.

CITY OF DETROIT, LATIFA ALASAD-CRAIG, WILLIAM VINTIVOGEL, CAMERON BURKS, BRANDON BYAS, JEFFREY GOINS, RYAN POLKAKOWSKI, and JOHN MACKENZIE,

Defendants.

Case No.: 26-cv-11303
Hon. Brandy R. McMillion

---

**STIPULATED ORDER EXTENDING TIME TO FILE ANSWER AND/OR AMENDED ANSWER**

This matter came before the Court on the written stipulation of the parties, by and through their respective counsel, and the foregoing parties having consented and agreed to the making and entry of this Order.

Accordingly, **IT IS HEREBY ORDERED** as follows:

1. All Defendants who have been served with a copy of the Summons and Complaint shall have until **July 10, 2026**, to file either an Answer or an Amended Answer to Plaintiffs' Complaint.

2. Except as expressly modified by this Order, all other deadlines and obligations set forth in the Federal Rules of Civil Procedure and any applicable scheduling order remain in full force and effect.

3. Nothing in this Order shall preclude any party from seeking to amend or modify this Order, if necessary.

**IT IS SO ORDERED.**

Dated: July 6, 2026

s/Brandy R. McMillion
Hon. Brandy R. McMillion
United States District Judge

OBJECTION TO ENTRY WAIVED:

/s/ Edward Martell*
**Edward Martell (P85051)**
Not Guilty Law, PLLC
Attorneys for Plaintiffs
290 Town Center Dr., Ste. 322
Dearborn, MI 48126

/s/ Alfred A. Ashu
**Alfred Ashu (P82536)**
City of Detroit Law Dept.
Attorney for Defendants
2 Woodward Avenue, Suite 500
Detroit, MI 48226

*Signed by consent of counsel on July 3, 2026