**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

---

JOHN ROBERT HILL and
AVEIS DARRYL HARRIS-BURTON,

*Plaintiff,*

CASE NO. 2:26-cv-11303
HON. BRANDY R. MCMILLION

v.

CITY OF DETROIT,
LATIFA ALASAD-CRAIG, WILLIAM VINTIVOGEL,
CAMERON BURKS, BRANDON BYAS,
JEFFREY GOINS, RYAN POLKAKOWSKI,
and JOHN MACKENZIE,

*Defendants.*

---

**ORDER FOR WITHDRAWAL OF COUNSEL**

Attorney MUTHU VEERAPPAN shall be withdrawn as counsel of Plaintiffs. Attorneys MOHAMMED NASSER and EDWARD MARTELL shall remain as counsels of Plaintiffs.

**IT IS SO ORDERED.**

DATED: August 17, 2026

s/Brandy R. McMillion
HON. BRANDY R. MCMILLION
United States District Judge